IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case Nos. 1:02-cr-0007; 1:01-cr-0013 |
| v. | ) | Chief Judge Haynes |
| | ) | |
| COURTNEY R. SHYES | ) | |

### ORDER

The revocation hearing currently set in this action for Monday, April 21, 2014 at 4:00 p.m. is reset for **Monday, April 21, 2014 at 10:00 a.m.** in the United States Courthouse in Nashville, Tennessee.

It is so **ORDERED**.

ENTERED this the 14th day of April, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge