IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNTED STATES OF AMERICA | ] | |
|---|---|---|
| | ] | |
| v. | ] | No. 1:02-CR-00007; 1:01-00013 |
| | ] | JUDGE HAYNES |
| COURTNEY R. SHYES | ] | |

### MOTION FOR REVOCATION OF ORDER OF DETENTION

Comes now the Defendant, Courtney Shyes, by and through counsel, and moves this Court to revoke the Magistrate Judge's Order of Detention in this matter pursuant to 18 U.S.C. § 3145(b). In support of his motion, Mr. Shyes submits that there are conditions of release that will reasonably assure the appearance of the defendant, as well as, the safety of the community and that it was error for the Magistrate Judge to order detention in this matter. Attached to this motion is a memorandum of authority supporting Mr. Shyes position with regard to this motion.

Respectfully submitted,

*/s/ Kelly D. Young*
KELLY D. YOUNG
Attorney for Courtney Shyes
1308 Rosa L. Parks Blvd.
Nashville, TN 37208
(615) 254-0202